**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT KYLE RAY**                                                   **PLAINTIFF**

**v.**                      **Case No. 4:14-cv-00041-KGB**

**CITY OF HIGHLAND**                                       **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

DATED this 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge